<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>23-1582</u>

UNITED STATES OF AMERICA

    v.

JONATHAN GOERIG,
        Appellant

    (E.D. Pa. No. 2:20-cr-00137-001)

Present:   BIBAS, MONTGOMERY-REEVES, and ROTH, <u>Circuit Judges</u>

    Submitted is Appellant Jonathan Goerig's Motion to Modify Opinion dated May 21, 2024, in the above captioned case.

                Respectfully,

                Clerk

_____ORDER_____

    The foregoing motion is **GRANTED**.

                By the Court,

                <u>s/Stephanos Bibas</u>
                Circuit Judge

Dated: August 6, 2024
Lmr/cc: All Counsel of Record